## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

CATHERYNNE KENDRICK *et al.*                                                                PLAINTIFFS
ADC #708204

V.                                       1:08CV00022 WRW/HDY

JANET TINER. *et al.*                                                                        DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. The claims of Plaintiffs Susan M. Brandon, Bridgette A. Turner, Crystal L. Rouser, Michelle Burnum, and Tracy M. Bailey, are DISMISSED WITHOUT PREJUDICE for failure to comply with Local Rule 5.5(c)(2), and their names are removed as party Plaintiffs.

2. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 19th day of June, 2008.

                                        /s/Wm. R. Wilson, Jr.
                                        UNITED STATES DISTRICT JUDGE