**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

CATHERYNNE KENDRICK *et al.*                                                                PLAINTIFFS
ADC #708204

V.                                          NO: 1:08CV00022 WRW

JANET TINER. *et al.*                                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.        IT IS THEREFORE ORDERED THAT:

1.    Plaintiff Catherynne Kendrick's motion to voluntarily dismiss her complaint (docket entry #31) is GRANTED, and Kendrick's complaint is DISMISSED WITHOUT PREJUDICE.

2.    The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 21st day of July, 2008.

                                                                    /s/ Wm. R. Wilson, Jr._____
                                                                    UNITED STATES DISTRICT JUDGE