## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**CATHERYNNE KENDRICK** *et al.*
**ADC # 708204**                                                                                              **PLAINTIFFS**

**v.**                                             **1:08-CV-00022-WRW**

**JANET TINER** *et al.*                                                                                          **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Accordingly, Plaintiff's Motion to Reopen (Doc. No. 52) is DENIED.

IT IS SO ORDERED this 30th day of October, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE